MARY DORIS KETCHAM, an Infant, etc., Appellant, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Respondent.*— Order affirmed, with ten dollars costs and disbursements, on the authority of Sweeney v. State of New

* Affd., 256 N. Y. —.

*York* (225 App. Div. 606; revd. on another point, 251 N. Y. 417). . All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.